**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8020

RALPH J. CURRY,

                    Plaintiff - Appellant,

          v.

WARDEN; FRANK TOSTON, Officer,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, Chief District
Judge.   (1:08-cv-00151-BEL)

Submitted:  February 19, 2009      Decided:  February 25, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ralph J. Curry, Appellant Pro Se. Richard Lee Nilsson, GOODELL
DEVRIES LEECH & DANN, LLP, Baltimore, Maryland; John Francis
Breads, Jr., Matthew Douglas Peter, Hanover, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph J. Curry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Curry v. Warden, No. 1:08-cv-00151-BEL (D. Md. filed Sept. 5, 2008 & entered Sept. 8, 2008). We deny Curry's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2